JUDGE SULLIVAN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :     INDICTMENT

      v.                              :     08 Cr.

TARA WRIGHT,                            08 CRIM 661

      Defendant.                   :

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

From at least on or about July 9, 2002, through on or about February 2007, in the Southern District of New York and elsewhere, TARA WRIGHT, the defendant, unlawfully, willfully, and knowingly, did embezzle, misapply, steal, obtain by fraud, false statement, and forgery, funds, assets, and property provided and insured under subchapter IV of chapter 28 of Title 20 of the United States Code and part C of subchapter I of chapter 34 of Title 42 of the United States Code and did attempt to embezzle, misapply, steal, obtain by fraud, false statement, and forgery, funds, assets, and property, to wit, WRIGHT created false documents and made false statements on documents used to obtain federal financial aid.

(Title 20, United States Code, Sections 1097(a) & 2.)

_Keith Miller_
Foreperson

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

TARA WRIGHT,

Defendant.

===

INDICTMENT

08 Cr.

(20 U.S.C. § 1097(a) & 2)


　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　United States Attorney.

**A TRUE BILL**

　　　　　　　　　　　　　　　　　Foreperson.
*[signature: Keith Miller]*

*Case assigned to J. Sullivan*

7/17/08
JS

*[signature]*