UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    v.                                :          ORDER

                                      :          08 Cr. 661 (RJS)

TARA WRIGHT,                      :

        Defendant.         :

- - - - - - - - - - - - - - - x

RICHARD J. SULLIVAN, District Judge:

       Upon the application of the United States of America,
by and through Assistant United States Attorney Edward Y. Kim,
and with the consent of the defendant, TARA WRIGHT, by and
through her counsel, Barry Krinsky, Esq., it is hereby ORDERED
that the time between July 22, 2008, and the date of the
arraignment scheduled in this matter, July 31, 2008, is excluded
for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),
in the interests of justice. The ends of justice served by such
continuance outweigh the interest of the public and the
defendants in a speedy trial because it will allow counsel for
the defendant and the defendant to attend the arraignment at their
convenience.

       SO ORDERED.

Dated:    New York, New York
        July 22, 2008

                              HON. RICHARD J. SULLIVAN
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/08